### 2352.   CENTRAL OF GEORGIA RAILWAY COMPANY *v.* HENRY.

HILL, C. J.   The only issue in this case was whether the cow sued for was killed by "the running of the locomotive or cars of the railroad company," or died from some natural cause. There were slight circumstances from which the jury were authorized to infer that she was killed by the former, and there was no evidence to rebut the statutory presumption of negligence arising against the railroad company upon proof of that fact. The judge of the superior court on certiorari approved the verdict. This court will not disturb it.                    *Judgment affirmed.*

Certiorari; from Floyd superior court—Judge Wright.   November 9, 1909.

Submitted February 24,—Decided June 14, 1910.

*J. Branham, G. E. Maddox,* for plaintiff in error.

*C. H. Porter,* contra.

---

### 2354.   HUGULEY *v.* THE STATE.

RUSSELL, J.   No error of law appears, and the verdict is supported by incriminatory admissions, recent possession of the stolen property, proof of the corpus delicti, and the testimony of an accomplice.

                                    *Judgment affirmed.*

Indictment for burglary; from Fulton superior court—Judge Roan.   November 27, 1909.

Argued February 21,—Decided June 14, 1910.

*S. C. Crane,* for plaintiff in error.

*C. D. Hill, solicitor-general,* contra.